[No. 30406-0-III.   Division Three.   June 19, 2012.]

LAWRENCE CRONIN ET AL., *Appellants*, v. SPOKANE POLICE DEPARTMENT ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 11-2-03051-7, Maryann C. Moreno, J., entered October 28, 2011. *Affirmed* by unpublished opinion per Korsmo, C.J., concurred in by Sweeney and Brown, JJ.

[No. 40847-3-II.   Division Two.   June 22, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. LATANYA K. CLEMMONS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 09-1-05523-0, Stephanie A. Arend, J., entered June 17, 2010. *Reversed* and *remanded with instructions* by unpublished opinion per Armstrong, J., concurred in by Penoyar, J.; Quinn-Brintnall, J., dissenting.

[Nos. 66269-4-I; 66363-1-I.   Division One.   June 25, 2012.]

*In the Matter of the Marriage of* CARMEN P. ROCKWELL, *Respondent*, and PETER G. ROCKWELL, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 04-3-03334-2, James A. Doerty, J., entered October 22, 2010. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Leach, C.J., and Dwyer, J.

[No. 66562-6-I.   Division One.   June 25, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. SEAN T. BAGLEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-08389-4, Jean A. Rietschel, J., entered December 29, 2010. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Spearman, A.C.J., and Dwyer, J.